# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

LOGICALIS, INC.,

    Plaintiff,

v.

SJP PROPERTIES COMPANY,

    Defendant.

_____/

Case No. 23-cv-12543
Hon. Matthew F. Leitman

## ORDER DIRECTING CLERK TO VACATE ENTRY OF DEFAULT JUDGMENT [#13]

THIS MATTER coming before the Court upon the Motion of Defendant SJP Properties Company to Vacate the Clerk's Entry of Judgment by Default [#14, the "Motion"]; the Court being informed that concurrence was granted with respect to the Motion; no response having been filed in opposition to the Motion; and the Court being otherwise fully apprised of the circumstances,

**THEREFORE, IT IS ORDERED** that the Clerk is hereby directed to VACATE the Entry of Judgment by Default dated November 9, 2023 [#13];

**IT IS FURTHER ORDERED** that Defendant SJP Properties Company shall have three (3) days from the date the Entry of Judgment by Default is vacated to file the Answer to Plaintiff's Complaint as attached to the Motion.

This is not a final order and does not close the case.

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  December 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 7, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126